1

2

3

4

5 IN THE CIRCUIT COURT OF THE STATE OF OREGON

6 FOR THE COUNTY OF CLACKAMAS

7

8 MARCUS AND JERALI BLACKMON.,   )  Case No.: CV14060186
                                  )

9        Plaintiffs,              )  SUMMONS
                                    )

10       vs.                       )

11 SAFECO INSURANCE COMPANY OF  )

12 AMERICA, LIBERTY NORTHWEST   )
INSURANCE CORPORATION, AND    )

13 LIBERTY MUTUAL GROUP, INC.     )
                                    )

14       Defendants.          )

15                                     )

16     TO:    **Safeco Insurance Compay of America**

17            **c/o Corporation Service Company**
            **285 Liberty Street NE**

18             **Salem, Oregon 97301**

19     You are hereby required to appear and defend the Complaint filed against you in the above
entitled action within thirty (30) days from the date of service of this Summons upon you, and in

20 case of your failure to do so, for want thereof, Plaintiff(s) will apply to the Court for the relief
demanded in the Complaint.

21

22         **NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

23     You must "appear" in this case or the other side will win automatically. To "appear," you
must file with the Court a legal paper called a "Motion" or "Answer." The "Motion" or "Answer"

24 must be given to the court clerk or administrator within 30 days, along with the required filing
fee. It must be in proper form and have proof of service on the Plaintiff's attorney or, if the

25 plaintiff does not have an attorney, proof of service on the Plaintiff.

26     If you have any questions, you should see an attorney immediately.

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806  Fax 503-387-5315

x:\blackmon, marcus and jerali\liberty northwest
fire claim\litigation\summons 07212014.safeco
insurance compay of america.docx

1

2

3      If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763, or toll free in Oregon at (800) 452-7636.

4                                          Dated this 21 day of July, 2014

5

6                                          _____
                                           Fred Millard, OSB 982959
7                                          E-mail: fmillard@millardlaw.com
                                           **Of Attorneys for Plaintiff**
8

9                            *    *    *

10    **STATE OF OREGON, County of Clackamas) ss.**

11    I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and
12    complete copy of the original Summons in the above-entitled action.

13                                          _____
                                           Fred Millard, OSB 982959
14                                         E-mail: fmillard@millardlaw.com
                                           **Of Attorneys for Plaintiff**
15

16                           *    *    *

17    **TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby
18    directed to serve a true copy of this Summons, together with a true copy of the Complaint
      mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this
19    Summons is directed, and to make your proof of service on the reverse hereof or upon a separate
      similar document which you shall attach hereto.

20

21                                         _____
                                           Fred Millard, OSB 982959
22                                         E-mail: fmillard@millardlaw.com
                                           **Of Attorneys for Plaintiff**

23

24

25

26

Page 2 –SUMMONS

x:\blackmon, marcus and jerali\liberty northwest
fire claim\litigation\summons 07212014.safeco
insurance compay of america.docx

**Exhibit A - Page 2 of 19**

TRUE COPY

1

2

3

4

5              IN THE CIRCUIT COURT OF THE STATE OF OREGON

6                   FOR THE COUNTY OF CLACKAMAS

7

8   MARCUS and JERALI BLACKMON,        )   Case No.: **CV14060186**

9              Plaintiffs,             )   COMPLAINT [BREACH OF INSURANCE
                                       )   CONTRACT, NEGLIGENCE PER SE]
10          vs.                        )
                                       )         * * *
11  SAFECO INSURANCE COMPANY OF        )
    AMERICA, LIBERTY NORTHWEST         )   MORE THAN $50,000.00
12  INSURANCE CORPORATION, and         )
    LIBERTY MUTUAL GROUP, INC.         )   NOT SUBJECT TO MANDATORY
13                                     )             ARBITRATION
                                       )
14             Defendants.             )   JURY TRIAL DEMANDED
                                       )
15  _____)

16

17       COMES NOW, Plaintiffs, Marcus and Jerali Blackmon, and for their complaint against

18  Defendants, Safeco Insurance Company of America, Liberty Northwest Insurance Corporation,

19  and Liberty Mutual Group, Inc., and allege as follows:

20                               * * *

21                         GENERAL ALLEGATIONS

22                                 1.

23       At all material times, Plaintiffs were the fee simple owners of residential real property

24  located at 16215 SE Bluff Road, Sandy, Oregon, 97055, which was the Plaintiffs' primary residence

25  ("Property").

26                                 2.

Page 1 –COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\complaint.doc

1    At all material times, Defendant, Safeco Insurance Company of America ("Safeco"), was a

2    Washington insurance company with offices in Oregon.

3                                                    3.

4    At all material times, Defendant, Liberty Northwest Insurance Corporation ("Liberty NW")

5    was an Oregon corporation.

6                                                    4.

7    At all material times, Defendant, Liberty Mutual Group, Inc. ("Liberty Mutual"), was a

8    Massachusetts corporation with offices in Oregon.

9                                                    5.

10    At all material times, Defendants Safeco and Liberty NW were sister corporations who were

11    both subsidiaries of their parent corporation, Defendant Liberty Mutual.

12                                                   6.

13    Plaintiffs had a valid insurance policy with Defendants, numbered DHW 11030969 (the

14    "Policy"), issued on April 8, 2012, that protected Plaintiffs against losses related to damage to the

15    Property.

16                                                   7.

17    On June 7, 2012, while the Policy was in force, the Property was significantly damaged by a

18    fire.

19                                                   8.

20    As a result of the fire, Plaintiffs suffered significant damages that were covered under the

21    Policy.

22                                               *   *   *

23                                   FIRST CLAIM FOR RELIEF

24                              COUNT 1: BREACH OF CONTRACT

25                                                   9.

26    Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 8.

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\complaint.doc

**Exhibit A - Page 4 of 19**

10.

At the time of the fire, Plaintiffs were current with all of their premium payments and their policy was in effect.

11.

After the fire, Plaintiffs timely notified Defendants of the fire and complied with all of the terms of the policy.

12.

Plaintiffs' home and personal property was damaged in the fire.  The fire was a covered loss under Plaintiff's insurance policy and Defendant was obligated to pay Plaintiff the value of its claim.

13.

Upon information and belief, following the notification of the loss to the insurance company, on or before June 11, 2012, it had the opportunity to and did in fact inspect the loss, including the personal property/contents damaged in the fire as well as the structure, landscaping, and other buildings.

14.

Defendant has not compensated Plaintiffs for their losses despite being contractually obligated to make such payments. As a result, Plaintiff have suffered damages not to exceed $167,183.00 for uncompensated portions of the loss as set out below:

a.   Building Coverage: $53,250.00

b.   Debris Removal: $7,633.00

c.   Other Structures: $21,300.00

d.   Trees and Shrubs: $10,000.00

e.   Personal Property: $60,000.00

f.   Additional Living Expenses: $15,000.00.

Page 3 –COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerall\liberty
northwest fire claim\litigation\complaint.doc

1                            15.

2      Plaintiffs are entitled to recover prejudgment interest at the statutory rate.

3                            16.

4      Plaintiffs are entitled to recover costs and attorney fees pursuant to ORS 742.061.

5

6                    FIRST CLAIM FOR RELIEF

7          COUNT 2: BREACH OF THE IMPLIED COVENANT

8              OF GOOD FAITH AND FAIR DEALING

9                        17.

10     Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 15.

11                      18.

12      Pursuant to the insurance policy, Defendant has discretion in how it investigates, adjusts and

13 pays a loss.

14                      19.

15      The parties anticipated that any exercise of discretion by Defendant in performing its

16 obligations under the insurance policy in the event of loss would be consistent with Oregon law, and

17 specifically comply with the requirements of ORS 746.230.

18                      20.

19      In exercising its discretion under the insurance policy, Defendant failed to comply with the

20 reasonable expectations of the parties and requirements of ORS 746.230 in the following respects:

21      (a) Failing to promptly and reasonabley respond to communications relating to the

22 confirmation of the availability of the guaranteed replacement cost (up to 25% over policy limits).

23      (b) Refusing to pay claims without conducting a reasonable investigation based on all

24 available information.

25      (c) Not attempting, in good faith, to promptly and equitably settle claims in which liability

26 has become reasonably clear, by failing to pay the personal property claim, landscaping, debris

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerafi\liberty
northwest fire claim\litigation\complaint.doc

1  removal and for failing to pay replacement cost benefits as replacement was underway.

2  (d) Compelling claimants to initiate litigation to recover amounts due by failing to make

3  payment for personal property as requested or agree to a tolling agreement to enable the parties

4  additional time to resolve outstanding issues.

5  21.

6  Upon information and belief, had Defendant complied with its obligations under the

7  insurance contract as expected by the parties, then Plaintiff would have been able to have their home

8  restored as of the two year anniversary of the loss.

9  22.

10  As a result of Defendant's failure to exercise its discretion appropriately, Plaintiffs suffered

11  damages as follows:

12  a.  Building Coverage:  $53,250.00

13  b.  Debris Removal:  $7,633.00

14  c.  Other Structures:  $21,300.00

15  d.  Trees and Shrubs:  $10,000.00

16  e.  Personal Property:  $60,000.00

17  f.  Additional Living Expenses:  $15,000.00.

18  23.

19  Plaintiffs are entitled to recover prejudgment interest at the statutory rate.

20  24.

21  Plaintiffs are entitled to recover costs and attorney fees pursuant to ORS 742.061.

22

23  **SECOND CLAIM FOR RELIEF**

24  **NEGLIGENCE PER SE**

25  25.

26  Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 23.

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\complaint.doc

26.

Pursuant to ORS 746.230, the Oregon Legislature specifically imposes a standard of care to act in the insured's best interest which is independent of the terms of the insurance policy that prohibits all insurers from engaging in unfair and unreasonable practices when reviewing their insureds claims. Defendant's failure to pay the benefits of the insurance policy, as set out herein, was not based on a fair and reasonable assessment of the claim. Defendant engaged in unreasonable practices by:

(a) Upon information and belief, misrepresenting policy provisions in settling claims;

(b) Failing to acknowledge and act promptly upon communications relating to the claims; and

(c) Failing to promptly pay claims.

27.

As a result of the negligence of Defendant, Plaintiffs were harmed in the way the statute was intended to prohibit.

28.

Plaintiff has suffered economic damages and noneconomic damages through financial distress and the resulting ongoing emotional distress as a result of Defendant's negligence and unfair and unreasonable valuation of the insurance claim, in an amount to be determined at trial not to exceed $340,000.

29.

Plaintiff is entitled to recover attorney's fees pursuant to ORS 742.061.

\* \* \*

WHEREFORE, Plaintiffs, Marcus and Jerali Blackmon, pray for judgment in their favor and against Defendants, Safeco Insurance Company of America, Liberty Northwest Insurance Corporation, and Liberty Mutual Group, Inc., as follows:

A. On their First Claim for Relief, Count 1: Breach of Contract, for

Page 6 – COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\complaint.doc

1        a) Damages in the amount of $167,183.00;

2        b) Prejudgment interest at the legal rate from the date damages were incurred until

3           paid;

4        c) Attorney fees and costs; and

5        d) All other relief this Court deems proper and just.

6    B. On their First Claim for Relief, Count 2: Breach of the Implied Covenant of Good Faith

7      and Fair Dealing for

8        a) Damages in the amount of $167,183.00;

9        b) Prejudgment interest at the legal rate from the date damages were incurred until

10          paid;

11        c) Attorney fees and costs; and

12        d) All other relief this Court deems proper and just.

13    C. On their Second Claim for Relief, Negligence, for

14        a) Damages in the amount of $340,000.00;

15        b) Prejudgment interest at the legal rate from the date damages were incurred until

16          paid;

17        c) Attorney fees and costs; and

18        d) All other relief this Court deems proper and just.

19                      Dated this 6th day of   June, 2014.

20

21

22                      Fred Millard, OSB 982959
                             E-mail: fmillard@millardlaw.com

23                      Douglas Bragg, OSB 012113
                             E-mail: dbragg@millardlaw.com

24                    **Of Attorneys for Plaintiff**

25

26

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806 Fax 503-387-5315

m:\blackmon, marcus and jeral\liberty
northwest fire claim\litigation\complaint.doc

1

2

3

4

5          IN THE CIRCUIT COURT OF THE STATE OF OREGON

6              FOR THE COUNTY OF CLACKAMAS

7

8   MARCUS AND JERALI BLACKMON.,      )   Case No.: CV14060186
                                      )
9              Plaintiffs,            )   FIRST AMENDED COMPLAINT
                                      )   [BREACH OF INSURANCE CONTRACT,
10      vs.                           )   NEGLIGENCE PER SE]
                                      )
11  WEST AMERICAN INSURANCE           )
12  COMPANY, an Indiana corporation,  )
                                      )
13             Defendant.             )
                                      )
14                                    )
                                      )
15  _____   )

16      COMES NOW, Plaintiffs, Marcus and Jerali Blackmon, and for their complaint against

17  Defendants, West American Insurance Company, and allege as follows:

18                              * * *

19                      GENERAL ALLEGATIONS

20                              1.

21      At all material times, Plaintiffs were the fee simple owners of residential real property

22  located at 16215 SE Bluff Road, Sandy, Oregon, 97055, which was the Plaintiffs' primary residence

23

24  ("Property").

25  /// /// ///

26

Page 1 – FIRST AMENDED COMPLAINT        Millard & Bragg, Attorneys at Law PC          m:\blackmon, marcus and jerali\liberty
                                        419 5ᵗʰ Street                                northwest fire claim\litigation\first amended
                                        Oregon City, OR 97045                         complaint.doc
                                        503-305-7806  Fax 503-387-5315

                                                                              9-12-14

2.

1

2    At all material times, Defendant, West American Insurance Company ("West American")

3    was an Indiana company.

4                                                3.

5    Plaintiffs had a valid insurance policy with Defendant, numbered DHW 11030969 (the

6    "Policy"), issued on April 8, 2012, that protected Plaintiffs against losses related to damage to the

7    Property.

8                                                4.

9    On June 7, 2012, while the Policy was in force, the Property was significantly damaged by a

10   fire.

11                                               5.

12   As a result of the fire, Plaintiffs suffered significant damages that were covered under the

13   Policy.

14                                          * * *

15

16                        **FIRST CLAIM FOR RELIEF**

17                    **COUNT 1: BREACH OF CONTRACT**

18                                               6.

19   Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 5.

20                                               7.

21   At the time of the fire, Plaintiffs were current with all of their premium payments and their

22   policy was in effect.

23                                               8.

24   After the fire, Plaintiffs timely notified Defendant of the fire and complied with all of the

25

26   terms of the policy.

Page 2 – FIRST AMENDED COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR 97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\first amended
complaint.doc

9.

1  Plaintiffs' home and personal property was damaged in the fire.  The fire was a covered loss

2  under Plaintiffs' insurance policy and Defendant were obligated to pay Plaintiffs the value of its

3  claim.

4

5                                      10.

6  Upon information and belief, following the notification of the loss to the insurance

7  company, on or before June 11, 2012, it had the opportunity to and did in fact inspect the loss,

8  including the personal property/contents damaged in the fire as well as the structure, landscaping,

9  and other buildings.

10                                     11.

11  Defendant have not compensated Plaintiffs for their losses despite being contractually

12  obligated to make such payments.  As a result, Plaintiffs have suffered damages not to exceed

13  $167,183.00 for uncompensated portions of the loss as set out below:

14
        a. Building Coverage:       $53,250.00;
15
        b. Debris Removal:          $ 7,633.00;
16
        c. Other Structures:        $21,300.00;
17
        d. Trees and Shrubs:        $10,000.00;
18
        e. Personal Property:       $60,000.00; and
19
        f. Additional Living Expenses: $15,000.00.
20                                     12.

21  Plaintiffs are entitled to recover prejudgment interest at the statutory rate.

22                                     13.

23  Plaintiffs are entitled to recover costs and attorney fees pursuant to ORS 742.061.

24  ///

25  ///

26

Page 3 – FIRST AMENDED COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5th Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\first amended
complaint.doc

1

**FIRST CLAIM FOR RELIEF**
2  **COUNT 2: BREACH OF THE IMPLIED COVENANT**
**OF GOOD FAITH AND FAIR DEALING**
3

4                                  14.

5       Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 13.

6                                  15.

7       Pursuant to the insurance policy, Defendant has discretion in how it investigates, adjusts and

8  pays a loss.

9                                  16.

10      The parties anticipated that any exercise of discretion by Defendant in performing its

11 obligations under the insurance policy in the event of loss would be consistent with Oregon law, and

12 specifically comply with the requirements of ORS 746.230.

13                                 17.

14      In exercising its discretion under the insurance policy, Defendant failed to comply with the

15 reasonable expectations of the parties and requirements of ORS 746.230 in the following respects:

16

17      (a) Failing to promptly and reasonably respond to communications relating to the

18 confirmation of the availability of the guaranteed replacement cost (up to 25% over policy limits).

19      (b) Refusing to pay claims without conducting a reasonable investigation based on all

20 available information.

21      (c) Not attempting, in good faith, to promptly and equitably settle claims in which liability

22 has become reasonably clear, by failing to pay the personal property claim, landscaping, debris

23 removal and for failing to pay replacement cost benefits as replacement was underway.

24      (d) Compelling claimants to initiate litigation to recover amounts due by failing to make

25 payment for personal property as requested or agree to a tolling agreement to enable the parties

26

Page 4 – FIRST AMENDED COMPLAINT        Millard & Bragg, Attorneys at Law PC
                                        419 5th Street
                                        Oregon City, OR  97045
                                        503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\first amended
complaint.doc

additional time to resolve outstanding issues.

18.

Upon information and belief, had Defendant complied with its obligations under the insurance contract as expected by the parties, then Plaintiffs would have been able to have their home restored as of the two year anniversary of the loss.

19.

As a result of Defendant's failure to exercise its discretion appropriately, Plaintiffs suffered damages as follows:

a. Building Coverage:        $53,250.00
b. Debris Removal:           $ 7,633.00
c. Other Structures:         $21,300.00
d. Trees and Shrubs:         $10,000.00
e. Personal Property:        $60,000.00
f. Additional Living Expenses: $15,000.00

20.

Plaintiffs are entitled to recover prejudgment interest at the statutory rate.

21.

Plaintiffs are entitled to recover costs and attorney fees pursuant to ORS 742.061.

## SECOND CLAIM FOR RELIEF
## NEGLIGENCE PER SE

22.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 21.

23.

Pursuant to ORS 746.230, the Oregon Legislature specifically imposes a standard of care to act in the insured's best interest which is independent of the terms of the insurance policy that prohibits all insurers from engaging in unfair and unreasonable practices when reviewing their insureds' claims. Defendant's failure to pay the benefits of the insurance policy, as set out herein,

Page 5 – FIRST AMENDED COMPLAINT          Millard & Bragg, Attorneys at Law PC          m:\blackmon, marcus and jerall\liberty
                                                    419 5th Street                        northwest fire claim\litigation\first amended
                                                    Oregon City, OR 97045                 complaint.doc
                                                    503-305-7806  Fax 503-387-5315

1   was not based on a fair and reasonable assessment of the claim.  Defendant engaged in unreasonable

2   practices by:

3           (a) Upon information and belief, misrepresenting policy provisions in settling claims;

4           (b) Failing to acknowledge and act promptly upon communications relating to the claims;

5   and

6           (c) Failing to promptly pay claims.

7                                   24.

8           As a result of the negligence of Defendant, Plaintiffs were harmed in the way the statute was

9   intended to prohibit.

10                                  25.

11          Plaintiffs have suffered economic damages and noneconomic damages through financial

12  distress and the resulting ongoing emotional distress as a result of Defendant's negligence and

13  unfair and unreasonable valuation of the insurance claim, in an amount to be determined at trial, not

14  to exceed $340,000.

15                                  26.

16          Plaintiffs are entitled to recover attorney's fees pursuant to ORS 742.061.

17                                 * * *

18          WHEREFORE, Plaintiffs, Marcus and Jerali Blackmon, pray for judgment in their favor

19  and against Defendant, West American Insurance Company, as follows:

20          A. On their First Claim for Relief, Count 1:  Breach of Contract, for

21              a) Damages in the amount of $167,183.00;

22              b) Prejudgment interest at the legal rate from the date damages were incurred until

23              paid;

24              c) Attorney fees and costs; and

25

26

Page 6 – FIRST AMENDED COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5ᵗʰ Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerali\liberty
northwest fire claim\litigation\first amended
complaint.doc

1        d) All other relief this Court deems proper and just.

2    B. On their First Claim for Relief, Count 2:  Breach of the Implied Covenant of Good Faith

3    and Fair Dealing for

4        a) Damages in the amount of $167,183.00;

5        b) Prejudgment interest at the legal rate from the date damages were incurred until

6        paid;

7        c) Attorney fees and costs; and

8        d) All other relief this Court deems proper and just.

9

10   C. On their Second Claim for Relief, Negligence, for

11       a) Damages in the amount of $340,000.00;

12       b) Prejudgment interest at the legal rate from the date damages were incurred until

13       paid;

14       c) Attorney fees and costs; and

15       d) All other relief this Court deems proper and just.

16

17       Dated this 11th day of September, 2014.

18

19

20   Fred Millard, OSB 982959
     E-mail: fmillard@millardlaw.com

21   Douglas Bragg, OSB 012113
     E-mail: dbragg@millardlaw.com

22   **Of Attorneys for Plaintiffs**

23

24

25

26

Page 7 – FIRST AMENDED COMPLAINT

Millard & Bragg, Attorneys at Law PC
419 5ᵗʰ Street
Oregon City, OR  97045
503-305-7806  Fax 503-387-5315

m:\blackmon, marcus and jerall\liberty
northwest fire claim\litigation\first amended
complaint.doc

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **FIRST AMENDED COMPLAINT (BREACH OF INSURANCE CONTRACT, NEGLIGENCE PER SE)** thereof on the following parties

John Bennett
Andrew Passmore
Bullivant Houser Bailey, P.C.
888 SW Fifth Avenue, Suite 300
Portland, OR 97204

by the following indicated method(s):

[ X ]  By **MAILING** a true and correct copy thereof, contained in a sealed envelope, via First Class United States Mail, with postage paid, to the last-known address of the attorney or party, and deposited at the post office in Portland, Oregon, on the date set forth below.

[ ]  By causing a true and correct copy thereof to be **HAND-DELIVERED** to the last-known address of the attorney or party on the date set forth below.

[ ]  By causing a true and correct copy thereof to be delivered via **OVERNIGHT COURIER** in a sealed envelope, with postage paid, to the last-known address of the attorney or party on the date set forth below.

[ ]  By causing a true and correct copy thereof to be delivered via **FACSIMILE** to the attorney or party at the facsimile number set forth above, which is the last known facsimile number for the attorney or party, on the date set forth below. The receiving facsimile machine was operating at the time of service and the transmission was properly completed, as reflected in the attached receipt generated by the transmitting machine.

Dated this 11 day of September, 2014.

Douglas M. Bragg, OSB No. 012113
E-mail: dbragg@millardlaw.com
**Of Attorneys for Plaintiffs**

Page 1 – CERTIFICATE OF SERVICE

Millard & Bragg, Attorneys at Law PC
6650 SW Redwood Lane, Ste. 330
Portland, OR 97224
503-352-1991 Fax 503-924-4124

m:\blackmon, marcus and jerall\liberty
northwest fire claim\litigation\certificate
of service.doc

**Exhibit A - Page 17 of 19**

**Date & Time Performed:** Mon Oct 06 2014 09:06:06 AM PST
**Search Title:** CV14060186: CV14060186 - OR Circuit/District Clackamas County
**Search Type:** Case Number from Person Name Search for Blackmon, Marcus
**Client/Matter Number:** CV14060186
Sections not shown: Financial

# COURTTRAX

## OR - Clackamas County Circuit/District Court

### Case # CV14060186

## SUMMARY

| | |
|---|---|
| **Title:** Blackmon Marcus/Safeco Insurance Company Of | |
| **Case Type:** Civil Contract | **Case Status:** Open ACTV |
| **Filed:** 6/06/14 | **Starting Instrument:** Complaint |   **Case Started Date:** 6/06/14 |
| **Originating From:** Original filing | **Amount Prayed For:** $674,366.00 |

## NAMES

**PLAINTIFF/PETITIONER**

| | |
|---|---|
| **BLACKMON MARCUS** | **Role:** Plaintiff |
| | **Party #:** 1 |
| | **Attorney:** Bragg Douglas M |
| **BLACKMON JERALI** | **Role:** Plaintiff |
| | **Party #:** 2 |
| | **Attorney:** Bragg Douglas M |

**DEFENDANT/RESPONDENT**

| | |
|---|---|
| **SAFECO INSURANCE COMPANY OF AM** | **Role:** DEF INAC |
| | **Party #:** 1 |
| **LIBERTY NORTHWEST INSURANCE CO** | **Role:** DEF INAC |
| | **Party #:** 2 |
| **LUBERTY MUTUAL GROUP INC** | **Role:** DEF INAC |
| | **Party #:** 3 |
| **WEST AMERICAN INSURANCE COMPAN** | **Role:** Defendant |
| | **Party #:** 4 |

## JUDGMENTS

There is no Judgment information reported by the Court for this case.

## DOCKET & DOCUMENTS

**Docket**

| Entry # | Entry Date | Filed | Event/Filing/Proceeding | Date | Time | Room |
|---|---|---|---|---|---|---|
| 1 | 6/06/14 | 6/06/14 | Complaint<br>ff 531 ck 17531 not arb ele | | | |
| 2 | 7/30/14 | 7/29/14 | Summons<br>Original<br>DEF 3 Liberty Mutual Group In | | | |
| 3 | 7/30/14 | 7/29/14 | Affidavit of Service<br>Srvd Lisa Richard<br>Mailed 07/24/14<br>DEF 3 Liberty Mutual Group In | | | |
| | | 7/22/14 | Served<br>Related event # 1<br>Related event # 2 | | | |
| 4 | 7/30/14 | 7/29/14 | Summons<br>Original<br>DEF 1 Safeco Insurance Compan | | | |
| 5 | 7/30/14 | 7/29/14 | Affidavit of Service<br>srvd Lisa Richard<br>Mailed 07/24/14<br>DEF 1 Safeco Insurance Compan | | | |
| | | 7/22/14 | Served<br>Related event # 1<br>Related event # 4 | | | |
| 6 | 7/30/14 | 7/29/14 | Summons<br>Original<br>DEF 2 Liberty Northwest Insur | | | |
| 7 | 7/30/14 | 7/29/14 | Affidavit of Service<br>Srvd Lisa Richard<br>Mailed 07/24/14<br>DEF 2 Liberty Northwest Insur | | | |
| | | 7/22/14 | Served<br>Related event # 1<br>Related event # 6 | | | |
| 8 | 9/10/14 | 9/10/14 | Notice/Rule 7 - 91 day<br>DEF 1 Safeco Insurance Compan<br>DEF 2 Liberty Northwest Insur<br>DEF 3 Luberty Mutual Group In | | | |

**Exhibit A - Page 18 of 19**

| | | | |
|---|---|---|---|
| 9 | 9/12/14 | 9/11/14 | Complaint Amended<br>def's 1 - 3 are now inactive<br>adding def 4<br>PTF 1 Blackmon Marcus<br>PTF 2 Blackmon Jerali<br>PRV 1 Bragg Douglas M<br>PRV 2 Bragg Douglas M |
| 10 | 9/17/14 | 9/17/14 | Notice/Rule 7 - 91 day<br>DEF 4 West American Insurance |
| 11 | 10/01/14 | 9/29/14 | Notice Intent Take Default<br>as to ??<br>PTF 1 Blackmon Marcus<br>PTF 2 Blackmon Jerali<br>PRV 1 Bragg Douglas M<br>PRV 2 Bragg Douglas M |

NOTE: "This information is provided in real time from the Oregon Judicial Information Network. This information does not constitute the official record of the court. You should verify the information and data by personally consulting the "official" record reposing at the court of record. You must disregard any Social Security Numbers or other confidential information inadvertently included in the OJIN Online data and immediately notify CourtTrax of its presence."

**End of Report**

Copyright 2012 CourtTrax Corporation - info@courttrax.com